**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LORI CURLESS, on behalf of herself and other persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 10–cv–279–SCW |
| v. | ) ) | |
| GREAT AMERICAN REAL FOOD FAST, | ) ) | |
| Defendant. | ) | |

## ORDER APPROVING THE PARTIES' FLSA SETTLEMENT

Having considered Plaintiffs' Unopposed Motion for Approval of FLSA Settlement and having reviewed, *in camera*, the parties' Settlement Agreement, the Court FINDS that the Settlement Agreement reflects a reasonable compromise of a *bona fide* dispute and is fair and reasonable. Thus, the Court grants (Doc. 79) Plaintiffs' Unopposed Motion for Approval of FLSA Settlement.

SO ORDERED on this 18th day of July, 2012

/s/ *Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge