IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LORI CURLESS, on behalf of herself and other persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 10-cv-279-JPG-SCW |
| GREAT AMERICAN REAL FOOD FAST, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  September 21, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/ Jina Hoyt, Deputy Clerk

APPROVED:   _s/J. Phil Gilbert_
            J. PHIL GILBERT
            U. S. DISTRICT JUDGE