IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LORI CURLESS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.   10-cv-0279-SCW |
| | ) |
| **GREAT AMERICAN REAL FOOD FAST,** | ) |
| | ) |
| Defendant, | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by United States Magistrate Judge Williams on July 20, 2012 (Doc. 82) the above-captioned action is **DISMISSED** with prejudice and without costs.

**Dated: September 25, 2012**

                                                    Nancy J. Rosenstengel, Clerk of Court

                                                    By:   s/Angie Vehlewald
                                                              Deputy Clerk

**Approved: s/Stephen C. Williams**
                Stephen C. Williams
                United States Magistrate Judge